On the record presented, we hold that the lubricating oil involved herein is free of duty under paragraph 1615 of the Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, as American goods returned.

To that extent, the protest is sustained and judgment will be rendered directing the collector to reliquidate the entry and make refund accordingly. As to all other items and in all other respects, the protest is overruled.

No. 58697.—Duncan Gilmour & Co., Ltd., et al. v. United States, protests 231911–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 58698.—The Ambriola Co., Inc., et al. v. United States, protests 235862–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.

No. 58699.—Paolo Alonge, Inc., and General Shipping & Trading Co. et al. v. United States, protests 237349–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.

No. 58700.—The Worcester Royal Porcelain Co., Inc. v. United States, protests 217981–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise appearing on schedule "B," attached to and made a part of the decision in this case, consist of china figures similar in all material